UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH LAURA CHOIKE, ASHLEY GUINEVERE STONER, HEATHER WALBRIGHT, JESSICA STUDENT, STACEY HENRY, JENNIFER VENET, ELIZABETH PENNING, LAURA A. SANFORD, EMILY C. CAMPBELL, REBECCA ZINN, ALISON NICOLE NUCKOLS, SARAH S. SANDER, and RACHAEL BIENIAS, on behalf of themselves and all similarly situated individuals; and JAMES V. YEAMANS, <br>           Plaintiffs, <br><br> v. <br><br> SLIPPERY ROCK UNIVERSITY OF PENNSYLVANIA OF THE STATE SYSTEM OF HIGHER EDUCATION, ROBERT SMITH, in his official capacity as President of Slippery Rock University; and PAUL LUEKEN, in his official capacity as Director of Athletics of Slippery Rock University, <br>           Defendants. | Civil Action No.: 06-00622 |

## SCHEDULING ORDER

AND NOW this 22nd day of May 2006, after a telephone conference call with the parties' counsel and upon counsels' agreement, **IT IS HEREBY ORDERED** that:

1. Defendants shall serve written responses to plaintiffs' interrogatories and document requests, together with responsive documents, on or before May 26, 2006.

2. Defendants shall file and serve their brief in opposition to plaintiffs' motion for preliminary injunction on or before June 2, 2006.

3.  Defendants shall make available for deposition by plaintiffs on June 5 and 6, 2006, defendants' Rule 30(b)(6) designee(s), Paul Lueken, and John Papa.

4.  Plaintiffs shall file any supplemental brief in further support of their motion for preliminary injunction on or before June 12, 2006.

5.  A hearing on plaintiffs' motion for preliminary injunction will be held on June 14, 2006 at 9:15 a.m.

By the Court:

*/s/ Donetta W. Ambrose*
Donetta W. Ambrose, Chief Judge, U.S.D.C.

2